# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Branum Luca**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **Fry's Food Stores of Arizona, Inc.**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Luca Branum**
**7101 W. Beardsley Rd., #731**
**Glendale, Arizona 85305**

Defendant's Atty(s):

**C. Kevin Dykstra , Attorney**
**Bonnett, Fairbourn, Friedman & Balint, PC**
**2325 E Camelback Road, Suite 300**
**Phoenix, Arizona**
**602 274-1100**

**William F King , Attorney**
**Bonnett, Fairbourn, Friedman & Balint, PC**
**2325 E Camelback Road, Suite 300**
**Phoenix, Arizona 85016**
**602 776-5993**

---

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **2 Citizen of Another State**

IV. Origin : **2. Removed From State Court**

V. Nature of Suit: **446 Amer. w/Disabilities - Other**

VI. Cause of Action: **Title III of the American with Disabilities Act, 28 CFR Part 36.**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand: **$75,000**

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** William F. King

**Date:** 09/20/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**