# EXHIBIT A

Person Filing: **Luis Branum**
Address (if not protected): **protected**
City, State, Zip Code: _____
Telephone: _____
Email Address: **msbusypants@gmail.com**
Representing [ ] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

For Clerk's Use Only

## SUPERIOR COURT OF ARIZONA
### IN **Maricopa** COUNTY

**L. Branum**
**Name of Plaintiff**

Case Number: **CV2021-052706**

And

**Fry's Food Stores**
**Name of Defendant**

**SUMMONS**

*If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association*

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** **Fry's Food Stores.**
**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Case Number: _____

        Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

**SIGNED AND SEALED this date** _____

**CLERK OF SUPERIOR COURT**

JUL 27 2021

By _____

CLERK OF THE SUPERIOR COURT
S. OLMOS
DEPUTY CLERK

**Deputy Clerk**

Person Filing: __L. Branum__
Address (if not protected): __protected__
City, State, Zip Code: _____
Telephone: _____
Email Address: __msbusypants@gmail.com__
Representing [✓] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

COPY
JUL 27 2021
FOR CLERK'S USE ONLY
CLERK OF THE SUPERIOR COURT
S. OLMOS
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
IN __Maricopa__ COUNTY  CV2021-052706

__L. Branum__
**Name of Plaintiff**

Case Number: _____

__Frys Food Stores__
**Name of Defendant**

**PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, __L. Branum__ *(Name of Plaintiff)*, demands a trial by jury in this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal from that compulsory arbitration.

Dated this __6/1/21__.
(Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)

**In the Superior Court of the State of Arizona**
**In and For the County of** Maricopa

Case Number CV2021-052706

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Plaintiff's Name(s): (List all)

COPY
JUL 27 2021
CLERK OF THE SUPERIOR COURT
S. OLMOS
DEPUTY CLERK

Plaintiff's Address:

L. Branum

protected
(will provide to defendants of service)

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)  Frys Food Stores.

(List additional defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☑ Amount Claimed $ 15,000      ☐ Tier 1      ☑ Tier 2      ☐ Tier 3

### NATURE OF ACTION

Place an "X" next to the <u>one</u> case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**TORT MOTOR VEHICLE:**
☐ Non-Death/Personal Injury*
☐ Property Damage*
☐ Wrongful Death*

**TORT NON-MOTOR VEHICLE:**
☐ Negligence*
☐ Product Liability – Asbestos*
☐ Product Liability – Tobacco*
☐ Product Liability – Toxic/Other*
☐ Intentional Tort*
☐ Property Damage*

☐ Legal Malpractice*
☐ Malpractice – Other professional*
☐ Premises Liability*
☐ Slander/Libel/Defamation*
☑ Other (Specify) civil rights *
    discrimination-ADA
**MEDICAL MALPRACTICE:**  harrassment
☐ Physician M.D.*    ☐ Hospital*  HIPAA
☐ Physician D.O.*    ☐ Other*     punitive damages

**CONTRACTS:**
☐ Account (Open or Stated)*

☐ Promissory Note*
☐ Foreclosure*
☐ Buyer-Plaintiff*
☐ Fraud*
☐ Other Contract (e.g., Breach of Contract)*
☐ Excess Proceeds – Sale*
☐ Construction Defects (Residential/Commercial)*
　　☐ Six to Nineteen Structures*
　　☐ Twenty or More Structures*
☐ Credit Card Debt (Maricopa County Filings Only)*

**OTHER CIVIL CASE TYPES:**
☐ Eminent Domain/Condemnation*
☐ Eviction Actions (Forcible and Special Detainers)*
☐ Change of Name
☐ Transcript of Judgment
☐ Foreign Judgment
☐ Quiet Title*
☐ Forfeiture*
☐ Election Challenge
☐ NCC – Employer Sanction Action (A.R.S. §23-212)*
☐ Injunction against Workplace Harassment
☐ Injunction against Harassment
☐ Civil Penalty
☐ Water Rights (Not General Stream Adjudication)*
☐ Real Property*
☐ Special Action against Lower Courts
　　(See lower court appeal cover sheet in Maricopa)
☐ Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)

**UNCLASSIFIED CIVIL:**
☐ Administrative Review
　　(See lower court appeal cover sheet in Maricopa)
☐ Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)
☐ Declaratory Judgment
☐ Habeas Corpus
☐ Landlord Tenant Dispute – Other*
☐ Declaration of Factual Innocence (A.R.S. §12-771)
☐ Declaration of Factual Improper Party Status
☐ Vulnerable Adult (A.R.S. §46-451)*
☐ Tribal Judgment
☐ Structured Settlement (A.R.S. §12-2901)
☐ Attorney Conservatorships (State Bar)
☐ Unauthorized Practice of Law (State Bar)
☐ Out-of-State Deposition for Foreign Jurisdiction
☐ Secure Attendance of Prisoner
☐ Assurance of Discontinuance
☐ In-State Deposition for Foreign Jurisdiction
☐ Eminent Domain – Light Rail Only*
☐ Interpleader – Automobile Only*
☐ Delayed Birth Certificate (A.R.S. §36-333.03)
☐ Employment Dispute – Discrimination*
☐ Employment Dispute – Other*
☒ Verified Rule 27(a) Petition*
☐ Verified Rule 45.2 Petition
☒ Amendment of Birth Certificate
☒ Amendment of Marriage License (Maricopa County Filings Only)
☒ Other (Specify)* Civil rights discrimination ADA harassment, HIPAA

**EMERGENCY ORDER SOUGHT:**
☐ Temporary Restraining Order　　☐ Provisional Remedy　　☐ OSC　　☒ Election Challenge　　☐ Employer Sanction　　☐ Other (Specify) _____

**COMMERCIAL COURT (Maricopa County Only)**
☐ This case is eligible for the commercial court under Rule 8.1, and plaintiff requests assignment of this case to the commercial court. More information on the commercial court, including the most recent forms, are available on the court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s)
_____

Additional Defendant(s)
_____

Person Filing: __L. Branum__
Address (if not protected): __protected__
City, State, Zip Code: _____
Telephone: _____
Email Address: __msbusypants@gmail.com__
Representing [ ] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

COPY
JUL 27 2021
CLERK OF THE SUPERIOR COURT
C. OLMOS
DEPUTY CLERK
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA

IN __Maricopa__ COUNTY

__L. Branum__
**Name of Plaintiff**

Case Number: __CV2021-052706__

Title: CIVIL COMPLAINT

__Frys Food Stores.__
**Name of Defendant**

__Discrimination__

__ADA / HIPAA / Harassment__

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1. The Superior Court in __Maricopa__ County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   [✓] The value of this case exceeds $10,000 dollars.

   [ ] Replevin or other nonmonetary remedy will take place in _____ County.

   [ ] The Plaintiff resides in _____ County.

   [ ] The Defendant resides in _____ County.

   [ ] The Defendant does business in _____ County.

Case Number: _____

[ ]   The events, actions, or debts subject of this Complaint occurred in _____ County.

[ ]   Other reason: _____

## DISCOVERY TIER

2.   Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

[ ]   Tier 1 = Actions claiming $50,000 or less in damages.

[✓]   Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR   Actions claiming nonmonetary relief.

[ ]   Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.   The Plaintiff in this case is:

   L. Branum

4.   The Defendant in this case is:

   Frys Food Stores

## STATEMENT OF FACTS AND BREACH

5.   Business tried to prevent entry, service on basis of disability, medical condition preventing us from wearing masks.

Case Number: _____

6. _____

7. _____

8. _____

9. _____

10. _____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(1) Prohibition of discrimination by public accommodations
    Title III reg 28 CFR 36.104

(2) Denial of participation
    Title III reg 28 CFR 36.202 (a)(b)(c)

(3) Denial of full + equal access
    Title III reg 28 CFR · 36.203 (a)(b)(c)

( 4 ) ARS 13-2921 Harrassment

( 5 ) HIPAA

(  )

(  )

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

**INJURIES**

( 1 ) deprivation of rights.

( 2 ) public harrassment

( 3 ) public humiliation

( 4 ) emotional distress.

(  )

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

Case Number: _____

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( )   $15,000 total for ADA retaliation + second violation, harassment, HIPAA violation

( )

( )   mail correspondence to:

( )   7101 w. Beardsley rd.
      #731 Glendale AZ
      85308

( )

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this  6/1/21  .
        *(Date of signature)*

(Signature of Plaintiff or Plaintiff's Attorney)